UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CURTIS HALL | CIVIL ACTION NO. 13-cv-2942 |
| VERSUS | JUDGE FOOTE |
| LA DEPT. OF PUBLIC SAFETY & CORRECTIONS, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

On January 5, 2016, Magistrate Judge Hornsby filed the Report and Recommendation [Record Document 29]. The Report and Recommendation advised that Plaintiff had failed to provide the Court with an accurate mailing address after the Court ordered him to do so [Record Document 26] and recommended the dismissal of Plaintiff's claims without prejudice for failure to prosecute. On March 4, 2016, Plaintiff provided the Court with a notice of change of address. Record Document 31. On May 2, 2016, Magistrate Judge Hornsby notified Plaintiff that if he failed to file any objections to the Report and Recommendation by May 17, 2016, the Court would consider the failure an indication that Plaintiff no longer desired to pursue his claims and the case would be subject to dismissal. Record Document 32. Plaintiff has not filed an objection or otherwise responded to the Court's order. Accordingly, dismissal is warranted because of Plaintiff's failure to prosecute.

**IT IS ORDERED** that the complaint be **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _26th_ day of ___MAY___, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE